BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-08-357 WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| HUBERT MARIO RAMIREZ et al., | |
| Defendants. | Hon. William B. Shubb |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, defendant Miguel Villa-Contreras, through his counsel of record, Mark J. Reichel, and Adrian Ortega-Diaz, through his counsel of record, James R. Greiner,  hereby stipulate and agree that the status conference set for July 19, 2010, be continued to October 18, 2010.

The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set the date of October 18, 2010, for the status

1 conference.  Accordingly, the parties stipulate that time be
2 excluded pursuant to  Local Code T4 - additional time to prepare.
3 IT IS SO STIPULATED.

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: July 9, 2010            By:      /s/ Michael M. Beckwith
                                        MICHAEL M. BECKWTIH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


DATED: July 9, 2010            By:      /s/ Mark J. Reichel
                                        MARK J. REICHEL
                                        Attorney for Defendant
                                        MIGUEL VILLA-CONTRERAS


DATED: July 9, 2010            By:      /s/ James R. Greiner
                                        JAMES R. GREINER
                                        Attorney for Defendant
                                        ADRIAN ORTEGA-DIAZ
```

**ORDER**

The status conference in case number CR. S-08-0357 WBS, currently set for July 19, 2010, is continued to October 18, 2010, and the time beginning July 19, 2010, and extending through October 18, 2010, is excluded from the calculation of time under the Speedy Trial Act.  For the reasons stated in the above stipulation, the Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated:  July 12, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE