**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
ADRIAN ORTEGA DIAZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-357-WBS |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | TO CONTINUE THE SENTENCING |
| v. ) | TO MONDAY, AUGUST 1, 2011 |
| ) | |
| ADRIAN ORTEGA-DIAZ , ) | |
| ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

   Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Michael M. Beckwith, and defendant ADRIAN ORTEGA-DIAZ , by his attorney Mr. James R. Greiner, hereby stipulate and agree that the sentencing scheduled for Tuesday , May 31, 2011 **at 8:30 a.m.** before the Honorable Senior District Court Judge, William B. Shubb, may be continued to **Monday, August 1, 2011, at 8:30 a.m.**

   This is a continuation of the judgment and sentencing of the defendant and thus there are no Speedy Trial rights involved.

   The defense has cleared the date with the Probation Office and the Court's calendar. The Probation Office has just recently interviewed the defendant, defense counsel is going into a Federal jury trial in June, 2011, and the date requested is reasonable in light of the totality of the circumstances in the case, the potential severe sentence the defendant is facing and the necessary

1

work needed to be done by both the probation Office and the defense counsel regarding potential sentencing issues.

The parties agree and stipulate that the interests of justice outweigh any interest the public or the defendant have in an earlier sentencing date based on the specific facts of this case as noted herein.

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Michael Beckwith by e mail authorization

DATED: 5-27-11  _____
MICHAEL BECKWITH
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 5-27-11

/s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT ORTEGA-DIAZ

2

**ORDER**

THE COURT FINDS AS FOLLOWS:

The judgment and sentencing of the defendant in this case is continued to Monday, August 1, 2011. The continuance is reasonable based upon the facts that Probation Office has just recently interviewed the defendant, defense counsel is going into a Federal jury trial in June, 2011, and the date requested is reasonable in light of the totality of the circumstances in the case, the potential severe sentence the defendant is facing and the necessary work needed to be done by both the probation Office and the defense counsel regarding potential sentencing issues.

The Court further finds that the interests of justice outweigh any interest the public or the defendant have in an earlier sentencing date based on the specific facts of this case as stated and found herein.

**FOR THE ABOVE FINDINGS AND GOOD CAUSE SHOW, IT IS SO ORDERED.**

DATED: May 27, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE