John Balazs, Bar. No. 157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
ADRIAN ORTEGA-DIAZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Adrian Ortega-Diaz,<br><br>    Defendant. | No. 2:08-CR-0357-03 WBS<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE RE: MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>Hon. William B. Shubb |

Defendant, ADRIAN ORTEGA-DIAZ, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to extend the briefing schedule regarding defendant's §3582(c)(2) motion by approximately five weeks as follows:

    Defendant's Amended Mtn Due:                           January 14, 2016

    Government's Response Due:                             February 11, 2016

    Defendant's Reply Brief Due:                               February 18, 2016

This request is made because the defendant needs additional time to obtain documents, conduct research, and prepare an amended motion. Defendant's projected release date is 5/18/18.

Dated:  December 2, 2015                                Dated:   December 2, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Jason Hitt*                                                 /s/*John Balazs*
JASON HITT                                                JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                                    Attorney for Defendant
UNITED STATES OF AMERICA              ADRIAN ORTEGA-DIAZ

**ORDER**

IT IS SO ORDERED.

Dated:  December 2, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE